UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number: 16-24756-CIV-MARTINEZ-GOODMAN**

JESBI CASTANEDA, and other similarly
situated individuals,

    Plaintiff,

vs.

BULLET FREIGHT SYSTEMS, INC. and
KEVIN DINDIAL,

    Defendants.
_____/

## ORDER DISMISSING CASE WITHOUT PREJUDICE

THIS CAUSE came before the Court upon Defendants' Motion to Dismiss Complaint or, in the Alternative, Motion to Compel Arbitration [ECF No. 16]. Plaintiff filed a Notice of No Opposition [ECF No. 19]. After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that

1. Defendants' Motion to Dismiss Complaint or, in the Alternative, Motion to Compel Arbitration [ECF No. 16] is **GRANTED**.

2. This case is **DISMISSED without prejudice**.

3. This case is **CLOSED,** and all pending motions are **DENIED** as **MOOT**.

DONE AND ORDERED in Chambers at Miami, Florida, this 23 day of December, 2016.

                                                                                          JOSE E. MARTINEZ
                                                                                          UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record